**Order entered April 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01641-CV

### GARY M. KORNMAN, Appellant

### V.

### DENNIS S. FAULKNER, TRUSTEE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08489**

## ORDER

The Court has before it appellant's April 10, 2013 unopposed motion to extend briefing deadlines and memorandum in support. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by May 14, 2013. The Court further **ORDERS** appellee to file his brief by June 13, 2013, and **ORDERS** that any reply brief be filed by June 27, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE